IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JIMMY EDWARD CHRISWELL                                                PLAINTIFF
#8044

v.                          No. 3:22-cv-283-DPM

DOES                                                                  DEFENDANTS

## JUDGMENT

Chriswell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2022